# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/25/2025__

RONALD RAAB*                                                  MAURA E. BREEN**
IRA A. STURM***                                               SAMUEL R. BLOOM****
ARI D. GANCHROW*

————

  * ADMITTED IN NY AND NJ
 ** ADMITTED IN NY AND CT
*** ADMITTED IN NY AND FLA
****ADMITTED IN NY, NJ AND MD

March 24, 2025

By: ECF
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 223
New York, New York 10007

Re:   Kyle Bragg, As Trustee
              v.
      Triangle Services, Inc.
      SDNY Docket N. 24-CV-7725 (MKV)(RWL)
                      25-CV-0062 (MKV)(RWL)

Dear Judge Vyskocil,

    The undersigned is counsel to the Petitioners in the above captioned matters. Please accept the following joint request to reschedule the conference in the above matter. The conference is currently scheduled for April 17, 2025 at 10:30 am.

    The parties jointly request that the conference be rescheduled for one of the following dates: April 25, 28 or 29. If the conference is to be scheduled on Friday the 25th, request is made that the conference be noticed before 3:00 pm, as counsel for Petitioner is a Sabbath observer and must be home before sundown.

    Thank you in advance for your consideration of this application.

Respectfully submitted,

s/ Ira A. Sturm

cc: Michael Collins (By: ECF)
Andrew J. Delzotto (By: ECF)

> This request is GRANTED in part and DENIED in part. The Court cannot accommodate the parties' request for specific dates. The conference is ADJOURNED to May 1, 2025 at 11:30 a.m.
>
> The Clerk of Court respectfully is requested to terminate ECF No. 22 in 24-cv-7725 and ECF No. 14 in 25-cv-62.
>
> Date: March 25, 2025
> New York, New York
>
> _/s/ Mary Kay Vyskocil_
> Mary Kay Vyskocil
> United States District Judge